```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

**BANK OF AMERICA, N.A.**                                                **PLAINTIFF**

v.                          Civil No. 11-2096

**CARUK HOLDINGS ARKANSAS, LLC,**
**DENISE L. CARUK; and**
**GORDON C. CARUK**                                                       **DEFENDANT**

<u>ORDER</u>

Now on this 17th day of November, 2011, this matter comes on for consideration.

On October 20, 2011, the Court entered an Order granting the Motion to Withdraw as Counsel filed by Matthew M. Henry, former counsel for defendants in this case. (Doc. 22). In addition, the Court directed the Clerk to provide a copy of the Order to defendants at their last known address of 22014 North 20th Avenue, Phoenix, AZ 85027.

The Clerk has advised the Court that the mail to defendants enclosing the Court's Order came back "Return to sender, not deliverable as addressed, unable to forward." The Court contacted Mr. Henry and obtained an alternative address for defendants.

The Clerk is hereby directed to send a copy of this Order and the Order of October 20, 2011 (Doc. 22) to defendants at the following address: 28847 North 64th Street, Cave Creek, AZ 85331-6584.

**IT IS SO ORDERED.**

                                          /s/Jimm Larry Hendren
                                          **HON. JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**