IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**BANK OF AMERICA, N.A.**                                                                 **PLAINTIFF**

        **v.**              **Civil No. 11-2096**

**CARUK HOLDINGS ARKANSAS, LLC;**
**DENISE L. CARUK; and**
**GORDON C. CARUK**                                                                       **DEFENDANTS**

### J U D G M E N T

Now on this 19th day of February 2013, for the reasons set forth in the Amended and Substituted Memorandum Opinion entered contemporaneously herewith, the Court enters judgment in rem in favor of plaintiff, Bank of America, N.A., in the amount of $87,688.52, which includes unpaid principal on the loan, accrued and unpaid interest, prepayment premium, and release fees.

The Court further enters judgment in rem in favor of plaintiff, Bank of America, N.A., for its attorneys' fees and expenses, in the amount of $65,729.80.

This judgment shall bear interest from this date until paid at the rate of 0.15% per annum.

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                               **JIMM LARRY HENDREN**
                                               **UNITED STATES DISTRICT JUDGE**